UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHISESI BROTHER MEATPACKING CO., INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-7406** |
| **LAFAYETTE INSURANCE COMPANY, ET AL.** | **SECTION: "K"(2)** |

## ORDER

L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the Motion to Remand (Rec.Doc.No. 4) set for hearing on December 13, 2006, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED** and the case is **REMANDED**.

New Orleans, Louisiana, on this  26th  day of January, 2007.

                                       **STANWOOD R. DUVAL, JR.**
                             **UNITED STATES DISTRICT COURT JUDGE**